Sophie M. SCEPANIAK, Claimant–
Appellant,

v.

Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2010–7047.

United States Court of Appeals,
Federal Circuit.

Sept. 30, 2010.

Sophie M. Scepaniak, St. Stephen, MN,
pro se.

## ON MOTION

## ORDER

The court treats Sophie M. Scepaniak's correspondence received on June 1, 2010 as a motion for reconsideration of the court's April 23, 2020 order dismissing her appeal for failure to file a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for reconsideration will be granted, the mandate will be recalled, the dismissal order will be vacated, and the

petition for review will be reinstated, if Scepaniak files her informal brief (form enclosed) within 30 days of the date of filing of this order.

It Is Ordered That:

The motion is granted.